IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BOBBY MILES                                                                     PLAINTIFF

v.                          No. 4:21-cv-139-DPM

BPS DIRECT, LLC                                                              DEFENDANT

## JUDGMENT

Miles's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 April 2021